JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| NEAL M. COHEN,<br><br>  Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware corporation, and DOES 1-10,<br><br>  Defendant. | Case No.: 8:18-cv-1994 AG (JDEx)<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT, WITH PREJUDICE, AND DISMISSING WALMART INC.'S COUNTERCLAIMS, WITHOUT PREJUDICE**<br><br>[FRCP 41] |

Having received and reviewed the Stipulation for Dismissal submitted by Plaintiff and counterdefendant Neal M. Cohen ("Cohen") and defendant and counterclaimant Walmart Inc. ("Walmart"), it is hereby ORDERED, as follows:

(1)  the Complaint and all of the claims that Cohen has alleged in the Action against Walmart are dismissed, with prejudice;

(2)  all of the counterclaims that Walmart has alleged in the Action against Cohen are dismissed, without prejudice; and

(3)  each party to the Action shall bear his or its own attorney's fees and costs incurred in connection with the Action.

Dated: May 13, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

{182421.1}            1

WALMART'S RULE 26 INITIAL DISCLOSURES                    CASE NO.: 8:18-cv-01994-AG-JDE